Reset Form

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8:21mj712-DUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>Luis Damian Manzo-Ceja<br>DEFENDANT(S). | **CASE NUMBER**<br>2:21-mj-0141 AC<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Complaint
in the Eastern District of California on 9/8/21
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 7/21/2018
in violation of Title ~~15~~ Title 8 U.S.C., Section(s) 1326(a)(b)(2)
to wit: _____

A warrant for defendant's arrest was issued by: Allison Claire

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-25-21
             Date

_____          Mitchell Gangwish
Signature of Agent                Print Name of Agent

ICE                              Deportation Officer
Agency                           Title